1006

[No. 37124-3-II. Division Two. May 5, 2009.]

KENNETH W. WEGELEBEN, *Appellant*, v. DAVE BARCELON'S TRUCK TOWN, LTD., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 07-2-02095-2, Leila Mills, J., entered November 30, 2007. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 37156-1-II. Division Two. May 5, 2009.]

BERNARD EISENBARTH, *Respondent*, v. MARK STERLING HORN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 05-2-01969-8, James J. Stonier, J., entered December 21, 2007. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Armstrong and Hunt, JJ.

[No. 37187-1-II. Division Two. May 5, 2009.]

ALPACAS OF AMERICA, LLC, *Appellant*, v. JAMES AYERS, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 06-2-01010-5, Gary R. Tabor, J., entered December 14, 2007. *Reversed* and *remanded* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Bridgewater, J.

[No. 37423-4-II. Division Two. May 5, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. I.A.O., *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-8-00233-2, Tracy Loiacono Mitchell, J. Pro Tem., entered February 12, 2008. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Hunt, JJ.